## 35929. WILSON v. CROSBY.

PER CURIAM.
Appellant has not followed the appeal procedures required by law in domestic relations cases (Ga. L. 1979, p. 619; Code Ann. § 6-701.1).

*Appeal dismissed. All the Justices concur.*

SUBMITTED JANUARY 15, 1980 — DECIDED JANUARY 24, 1980.

*Jerry M. Daniel,* for appellant.
*James J. Daly, Jr.,* for appellee.